**No. 64528.**—Bilt Rite Baby Carriage Co., Inc. *v.* United States, protests 59/11281, 59/7254, and 59/16876 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of ribbon similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), except that the merchandise herein is velvet pile ribbon, wholly or in chief value of cotton, the claim of the plaintiff was sustained.